A COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GEORGE BROOKS JR.                    112526
Plaintiff                            Inmate Number

VERSUS

WARDEN JIM BROWN (L.P.D.C.)
JAMES M. LeBLANC (LA DOC)
WILLIE GRAVES (SHERIFF)
BURL CAIN (WARDEN L.S.P.)
PAUL KIMBLE (DEPUTY L.P.D.C.)

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.  Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (X) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiff(s): GEORGE BROOKS JR (112526)

      Defendant(s): LA DEPT. OF CORRECTIONS (SECRETARY) LA STATE PRISON (WARDEN AND MAIL ROOM SUPERVISORS)

   2. Court (if federal court, name the district; if state court, name the parish):
      U.S. DISTRICT - MIDDLE DISTRICT OF LOUISIANA

   3. Docket number: 00-0953-A-M3

   4. Name of judge to whom case was assigned: REIDLINGER AND DALBY

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
      SETTLEMENT AGREEMENT TENDERED MAY 15th 2003 (SUBSEQUENT ORDER TO ENFORCE SETTLEMENT ON JAN. 28, 2004)

   6. Date of filing lawsuit: 2000
   7. Date of disposition: 2003 & 2004 (SEE ABOVE)

   C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
         Yes ( )      No (X)

   If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: LIVINGSTON PARISH DETENTION CENTER

  A. Is there a prisoner grievance procedure in this institution?
     Yes (X) No ( )

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes (X) No ( )

  C. If your answer is Yes:

  1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. DENIED - NOT GIVEN A NUMBER - SUBSEQUENT STEPS IGNORED
  2. What steps did you take? FIRST STEP (REQUEST) REFUSED TO COMPLY, SECOND STEP (GRIEVANCE) IGNORED -- FILED FOR WARDEN'S REVIEW -- IGNORED -- FILED GRIEVANCE TO SHERIFF'S DEPT - IGNORED!

  3. What was the result? THEY REFUSE TO EVEN ACKNOWLEDGE MY FEDERAL COURT ORDER, MUCH LESS TO COMPLY WITH IT!

  D. If your answer is No, explain why not: _____

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A. Name of plaintiff(s) WARDEN JIM BROWN
     Address LIVINGSTON PARISH DETENTION CENTER - LIVINGSTON, LA

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

  B. Defendant JAMES M. LeBLANC is employed as SECRETARY LA DEPT. OF CORRECTIONS at BATON ROUGE, LA

  C. Additional Defendants: WILLIE GRAVES - SHERIFF, LIVINGSTON PARISH, BURL CAIN - WARDEN, LA STATE PRISON
  DEPUTY PAUL KIMBLE - CLASSIFICATION OFFICER L.P.D.C.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON MAY 15, 2003, IN RE A 1983 CIVIL SUIT (00-0953-A-M3) PARTIES ENTERED INTO A "SETTLEMENT AGREEMENT" WHICH, IN PART, GUARENTEES MY FIRST AMENDMENT RIGHT TO "ORDER, RECEIVE AND POSSESS LITERATURE AND BOOKS (EVEN SEXUALLY EXPLICIT) FOR AS LONG AS I AM HOUSED IN 'SINGLE-MAN CELL' CUSTODY UNDER THE JURISDICTION OF THE LA DEPT. OF CORRECTIONS."

ON JAN. 28, 2004, DUE TO NON-COMPLIANCE, MAGISTRATE DALBY ISSUED AN ORDER TO ENFORCE SETTLEMENT.

SUBSEQUENTLY, THE 19th J.D.C. RULED (# 510,030 SEC. 24) THAT "DEATH ROW" PUBLICATIONS HAVE A FIRST AMENDMENT RIGHT TO BE RECEIVED AND POSSESSED (IN WRITTEN FORM ONLY).

IN APRIL, 2009, I WAS TRANSFERRED BACK TO LIVINGSTON PARISH FOR A NEW "SENTENCING PHASE." I AM STILL DOC! I AM STILL
(CONTINUED)

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. I WOULD LIKE A COURT ORDER FOR ME PERSONALLY STATING FIRMLY THAT I "RETAIN THE FIRST AMENDMENT RIGHT TO LITERATURE (EVEN "SEXUALLY EXPLICIT" IN WRITTEN FORM ONLY) OF MY OWN CHOOSING!"

IV. STATEMENT OF CLAIM
   (CONTINUED)

BEING HELD IN "SINGLE-MAN CELL" CUSTODY STATUS, I STILL AM SUBJECT TO THE TERMS SET FORTH IN THE SETTLEMENT AGREEMENT ORDERED ENFORCED BY THIS COURT!

SINCE I WAS ALREADY STILL HAVING PROBLEMS RECEIVING BOOKS AT ANGOLA AND THE ADMINISTRATION OF THE LIVINGSTON PARISH DETENTION CENTER REFUSES TO COMPLY (EVEN THOUGH THAT CLAUSE WAS INCLUDED SPECIFICALLY TO COVER THIS CIRCUMSTANCE) WITH A FEDERAL COURT ORDER, I FEEL THAT WOULD BE IN MY BEST INTEREST TO OBTAIN A STRICTER, MORE COMPREHENSIVE (BUT BRIEF) FORMAL RULING BY THIS COURT THAT WILL LAY TO REST ANY FURTHER FUTURE MISUNDERSTANDING, MISINTERPRETATION OR "LOOPHOLE" THAT WOULD ALLOW ANYONE IN AUTHORITY OVER ME TO DENY MY FIRST AMENDMENT RIGHT TO LITERATURE OF MY OWN CHOOSING (EVEN "SEXUALLY EXPLICIT" IN WRITTEN FORM ONLY).

AT THE PRESENT TIME, THE ONLY EXPECTED POSSIBLE OUTCOME IS THAT I RECEIVE EITHER THE DEATH PENALTY AGAIN OR A "LIFE" SENTENCE. EITHER WOULD STILL RESULT IN MY INCARCERATION UNDER THE SAME CONDITIONS BUT AVOIDING FUTURE POSSIBLE NON-COMPLIANCE, I ASK THIS COURT FOR ITS DIRECT RULING PRESERVING MY RIGHTS GUARENTEED UNDER THE FIRST CONSTITUTIONAL AMENDMENT.

PLAINTIFF ALSO REQUESTS FORMAL CHARGES AGAINST ALL DEFENDANTS (WITH THE EXCEPTION OF BURL CAIN, WARDEN, LSP) FOR DENIAL OF ACCESS TO THE COURTS AND OBSTRUCTION OF JUSTICE FOR THEIR REFUSAL TO MAKE LEGAL COPIES OF THIS SUIT FOR PROPER SERVICE, AND FOR CONTEMPT OF COURT FOR REFUSING TO CERTIFY AND COMPLETE THE APPLICATION FOR FORMA PAUPERIS!

*[signature]*

VI.  Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 27th day of NOVEMBER, 20 09.

_____
Signature of plaintiff(s)

George Brooks Jr.
P.O. Box 1000
Livingston, LA 70712

UNCENSORED
NOV 30 2009
INMATE MAIL

LEGAL MAIL
PRIVILEGED

7080 1817 17

CLERK OF COURT
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LA
777 FLORIDA ST, SUITE 139
BATON ROUGE, LA 70801-1712

SCREENED
U.S. MARSHAL