GEORGE BROOKS, JR. (DOC # 112526)

VERSUS                                                    CIVIL ACTION

JIM BROWN, ET AL                                  NUMBER 09-1015-JJB-DLD

## ORDER

IT IS ORDERED that the plaintiff's motion to proceed in forma pauperis is GRANTED, for the purpose of service of process, by U.S. Marshal, as provided in Rule 4(c)(3), because the plaintiff has insufficient funds to pay any amount of the usual fee.

IT IS FURTHER ORDERED that the plaintiff's motion to proceed in forma pauperis is GRANTED, for the purpose of the filing fee. However, in accordance with 28 U.S.C. § 1915, all prisoners granted in forma pauperis status shall be assessed and required to pay $350.00, the full amount of the court's filing fee. Plaintiff shall be required to pay an initial partial filing fee and thereafter, prison officials shall be required to forward monthly payments from the plaintiff's inmate account until the entire filing fee is paid.

IT IS FURTHER ORDERED that within 20 days from the date of this order the plaintiff shall pay an initial partial filing fee in the amount of $ 5.98 to the Clerk of Court or the suit will be dismissed. It is the plaintiff's responsibility to pay the initial partial filing fee.

IT IS FURTHER ORDERED that following payment of the initial partial filing fee, the plaintiff shall make monthly payments of 20 percent of the preceding month's income credited to his prison account. The monthly payments shall be automatically forwarded to

cc: Livingston Parish, Inmate Banking Section

the court by the Inmate Banking Section for the Livingston Parish Detention Center without further action by the plaintiff.

IT IS FURTHER ORDERED that following payment of the initial partial filing fee, the Inmate Banking Section for the Livingston Parish Detention Center shall forward the monthly payment from the plaintiff's prison account to the Clerk of Court for the Middle District of Louisiana each time the amount in the plaintiff's prison account exceeds $10 until the filing fees are paid.

IT IS FURTHER ORDERED that a copy of this order shall be mailed to the plaintiff and to **Sheriff Willie Graves,** P.O. Box 850, Livingston, Louisiana 70754.

Signed in Baton Rouge, Louisiana, on January 4, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**

2