George Brooks Jr, (112526)
P.O. Box 1000
Livingston, LA 70754

Feb 22, 2010

Clerk of Court
U.S. District Court
Middle Dist. of LA
777 Florida St., Suite 139
Baton Rouge, LA 70801-1712

RE: <u>Brooks v. Brown et al</u>
# 09-1015-JJB-DLD

Dear Sir:

On January 4, 2010 Magistrate Dalby <u>ORDERED</u> Defendants to file a copy of the administrative remedy record (or an excuse) "within 30 days of that order."

It has now been 49 days and defendants have yet to comply with <u>THAT</u> order also!

Meanwhile, out of caution, because of their refusal to answer my complaints, I, with the cooperation of Deputy Thomas Martin (Chief of Security - L.P.D.C.) have processed a second, parallel, complaint which has now been completed.

Certified copies of this procedure are herein enclosed... I hope that this satisfies the court's requirements so that this case can procede.

Respectfully,
George Brooks Jr, (112526)

*Return to Chief T. Martin (DW)*

REFER TO GRIEVANCE BOARD

RECEIVED DEC 17 2009

LIV PARISH PRISON
DEC 17 2009

LIVINGSTON PARISH DETENTION CENTER

COPY

# LIVINGSTON PARISH DETENTION CENTER
## INMATE GRIEVANCE

(You must send this to the Warden within 30 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days.)

INMATES NAME: GEORGE BROOKS JR.   CELL LOCATION: TU #4

INMATES DATE OF BIRTH: 4-30-42   DATE OF INCIDENT: ONGOING

NAME & LOCATION OF WITNESSES: CLERK OF COURT U.S. MIDDLE DISTRICT --- DEPT. OF CORRECTIONS

NAME OF STAFF INVOLVED: PAUL KIMBLE --- GARY COATES --- JIM BROWN --- WILLIE GRAVES

SUMMARY OF COMPLAINT: THE ABOVE ADMINISTRATIONS REFUSES TO COMPLY WITH MY FEDERAL COURT ORDER (# 00-0953-A-M3 -- DOCIA L. DALBY) WHICH SPECIFIES THAT I AM ALLOWED TO ORDER, RECEIVE, POSSESS AND OWN BOOKS, MAGAZINES AND LITERATURE, WHEREVER I AM BEING HELD!

IS THIS AN EMERGENCY GRIEVANCE? YES ✓   NO ___

SPECIFIC RELIEF DESIRED: OBEY THAT FEDERAL COURT ORDER!!

INMATE SIGNATURE: Geo. Brooks Jr. (112526)

---

### FOR WARDEN'S USE

Grievance# 1   Date Received: 12/17/2009

Type Grievance: REQUESTING UNAUTHORIZED ITEMS   Screened by: [signature]

REJECTED: (return & obtain receipt)
___ Outside the scope of this procedure because
___ Does not personally affect this inmate
___ Disciplinary Review Board Decision
___ Refusal of mail
___ Court Decision/Pardon-Parole Board
___ Filed more than 30 days after the incident
___ Duplicate grievance by same inmate
___ Other: (specify) ___

RETURNED: (return & obtain inmate receipt)
___ Multiple complaints; file separate grievances
___ Vague complaint; state more facts/clarify
___ Summarize complaint
___ Other: (specify) ___

✓ Accepted & referred to 1ST RESPONDENT
Policy/procedure challenge: yes ___ no ✓

### INMATE RECEIPT OF RESPONSE TO GRIEVANCE
(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance)

12/21/2009
(Date)

X [signature]
(Inmate Signature)

LIVINGSTON PARISH DETENTION CENTER
RESPONSE TO GRIEVANCE
# 1

TO: GEORGE BROOKS JR (INMATE)    CELL LOCATION: T/U CELL 4

FROM: THOMAS MARTIN (RESPONDENT)    1ST RESPONDENT (TITLE/LOCATION)

GRIEVANCE

___ FOUNDED    ✓ UNFOUNDED

REASONS: AS PER OUR CONVERSATION 12/04/09 YOUR COURT ORDER APPLIED TO THE 19TH JDC. YOUR REQUEST HAVE BEEN ANSWERED STATING ALL INMATES (INCLUDING DOC) ARE AFFORDED THE RIGHT TO HAVE THE SAME ITEMS IN THEIR POSSESSION (APPROVED LIST PROVIDED W/T THE LPDC HANDBOOK).

ACTION TAKEN/RECOMMENDED (IF FOUNDED) N/A

DISPOSITION OF RECOMMENDATION (IF APPLICABLE) N/A

12/21/2009 (DATE)    (RESPONDENT SIGNATURE)

INSTRUCTIONS TO RESPONDENT: Return this Response to the Warden as quickly as is reasonably possible, but not later than 5 days from the date the inmate signs the receipt of receiving his/her Response to Grievance from the First Respondent.

INMATE RECEIPT
(If you wish further review of your Grievance you must sign the following Request of Warden's Review and send it to the Warden within 5 days of receiving this response. If your grievance was noted as a Policy/Procedure challenge, the Warden may ask for employee & inmate advisory comments before making his decision. If you object to any particular inmate(s) so participating. List their names below. You will receive the Warden's Decision within 30 days of filing of your Grievance, as the Warden can ask for a 5 day extension to respond)

12/21/2009 (Date)    X (Inmate Signature)

REQUEST FOR WARDEN'S REVIEW

I hereby request review of my Grievance by the Warden, or his designee.

12/21/2009 (Date)    X (Inmate Signature)

FOR WARDEN'S USE

Date Request for Warden's Review Received: 1/15/10    RECEIVED/COMPLETED

BROOKS REQUESTED COPIES MADE OF HIS FEDERAL COURT ORDER (4 PAGES) FOR REVIEW BY WARDEN BROWN. 12/21/2009

LIVINGSTON PARISH DETENTION CENTER
WARDEN'S REVIEW DECISION
GRIEVANCE # 1

TO: GEORGE BROOKS, JR (INMATE)  CELL LOCATION: T/U Cell #4

GRIEVANCE

_____ FOUNDED   ✓ UNFOUNDED

REASONS: After reviewing the first respondants response to your grievance, I concur with the first respondants findings. All inmates are subject to the rules set forth in our Policy Manual and enumerated in the Handbook.

ACTION TAKEN/RECOMMENDED (IF FOUNDED) _____

1/15/10
(DATE)

(Warden signature)
WARDEN

INMATE RECEIPT

(If you wish further review of your Grievance you must sign the following Request for Sheriff's Review and send it to the Sheriff within 5 days of receiving this Warden's Review Decision. You will receive the Sheriff's decision within 40 days after the Sheriff receives your Request, or, if less, within 90 days after you originally filed your Grievance.)

01/15/10
(Date)                              X (Inmate Signature)

REQUEST FOR SHERIFF'S REVIEW

I hereby request review of my Grievance by the Sheriff, or his designee.

01/15/10
(Date)                              X (Inmate Signature)

for Sheriff's use

Date request for Sheriff's Review received  02/22/10
Send 1 copy to Warden
Send 1 copy to inmate
Keep 1 copy for files

LIVINGSTON PARISH DETENTION CENTER
SHERIFF'S REVIEW DECISION
GRIEVANCE # _1_


RECEIVED
FEB 22 2010
LIVINGSTON PARISH
DETENTION CENTER

TO: _GEORGE BROOKS, JR_ (INMATE)   CELL LOCATION: _T/U_

GRIEVANCE _____ FOUNDED   __✓__ UNFOUNDED

REASONS: _I concur with the prevoios response issued by Warden Jim Brown regarding this matter._

ACTION TAKEN _GRIEVANCE WAS COMPLETED / COPIES ISSUED TO INMATE GEORGE BROOKS JR._

_02/22/10_ (DATE)   _[signature]_ SHERIFF

INMATE RECEIPT

_02/22/10_ (DATE)   X _[signature]_ (INMATE SIGNATURE)

1 COPY FOR SHERIFF
1 COPY FOR WARDEN
1 COPY TO INMATE

GEORGE BROOKS JR.
P.O. BOX 1000
LIVINGSTON, LA 70754



UNCENSORED
FEB 23 2010
INMATE MAIL

LEGAL MAIL
PRIVILEGED

CLERK OF COURT
U.S. DISTRICT COURT
MIDDLE DIST. OF LA
777 FLORIDA ST., SUITE 139
BATON ROUGE, LA 70801-1712

SCREENED OK
U.S. MARSHAL

7080181717