UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GEORGE BROOKS, JR. (DOC #112526)

VERSUS

JIM BROWN, ET AL.

CIVIL ACTION

NO. 09-1015-JJB-DLD