U.S. DISTRICT COURT
MIDDLE DIST. OF LA

BROOKS v. BROWN ET AL | CASE #: 09-1015-JJB-DLD
DATE: MARCH 17, 2010

## MOTION TO CLARIFY
## AND/OR
## EXPAND THE RECORD

NOW INTO COURT COMES GEORGE BROOKS JR (112526), PRO SE PLAINTIFF IN THE ABOVE CAPTIONED CASE NOW BEFORE THE COURT WHO HEREBY WISHES TO INFORM THE COURT OF THE FOLLOWING:

### FACTS

1. — THE COURT SEEMS TO HAVE MISUNDERSTOOD THE BASIC PREMISE OF THIS CASE TO BE CONCERNING "SEXUALLY EXPLICIT LITERATURE". <u>THIS IS NOT THE CASE!</u>

2. — THE ORIGINAL COMPLAINT IS IN CONTEST OF THE LIVINGSTON PARISH DETENTION CENTER'S (LPDC) <u>POLICY</u> WHICH BANS THE RECEPTION OF <u>ALL</u> BOOKS, MAGAZINES, NEWS PAPERS, LITERATURE AND PUBLICATIONS, <u>ESPECIALLY</u> LEGAL "SELF-HELP" BOOKS AND LITERATURE, EVEN WHEN PROVIDED DIRECTLY BY AN ATTORNEY OR LEGAL AID ORGANIZATION!

3. — PLAINTIFF IS CURRENTLY A TEMPORARY RESIDENT OF LPDC FOR THE PURPOSE OF A NEW <u>SENTENCING PHASE</u> TRIAL AS A

PRINCIPAL TO FIRST DEGREE MURDER --- AS SUCH, THE OUTRIGHT DENIAL TO "SELF-HELP" LEGAL RESEARCH BOOKS TO HIM BECAUSE OF "POLICY" IS A DIRECT THREAT TO HIS VERY LIFE (HENCE THE APPLICATION FOR TRO, DENIED ON 3-11-2010)!!

4--- AS AN EXTREME EXAMPLE OF SEVERAL PREVIOUS COURT DECISIONS, PLAINTIFF CITED HIS OWN EARLIER SUCCESSES OVER THE LITERATURE DISPUTE IN WHICH 1.) THIS VERY COURT'S SETTLEMENT AGREEMENT: ITEM #1 "ALL BOOKS, MAGAZINES AND LITERATURE---" 2.)(EVEN SEXUALLY EXPLICIT) WERE NOT TO BE DELAYED OR INTERFERRED WITH!

5--- THE 19th JDC FURTHERED THIS OBJECTIVE BY AGREEING THAT ESPECIALLY "SEXUALLY EXPLICIT" (IN WRITTEN FORM ONLY) WAS EXPRESSLY PROTECTED UNDER THE FIRST AMENDMENT OF THE U.S. CONSTITUTION. (THE 21st JDC REFUSES TO CONCUR.)

6--- AS PREVIOUSLY STATED IN STATEMENTS TO THIS COURT, THE MAGISTRATE'S "RECOMMENDATION" WAS (AT BEST) PREMATURE AS ALL THE FACTS WERE NOT YET IN EVIDENCE OR (AT WORST) PREJUDICIAL ON ITS FACE IN, AT LEAST, NOT ALLOWING PLAINTIFF TO ARGUE THIS COMPLICATED CASE BEFORE THE COURT ABSENT THE MANY CITATIONS, PRECEDENTS, FACTS AND CONCLUSIONS THEREBY DENYING PROPER ACCESS TO THE COURT AS "IMPROPER" TO SAY THE LEAST!

7--- ADMITTEDLY, PLAINTIFF, NOT BEING WELL-VERSED IN THE LAW, AND NOW FURTHER HANDICAPPED BY THE DEARTH OF LEGAL ASSISTANCE AND LEGAL RESEARCH FACILITIES (ESPECIALLY HAMPERED BY THE DEFENDANTS THEMSELVES REFUSAL OF OBTAINING SAME BY MAIL)

MIGHT HAVE CLOUDED THE ISSUE BY CITING TOO MANY CONCLUSIONS IN HIS ATTEMPT TO CONVINCE THE COURT OF HIS SERIOUS ATTEMPT TO RESOLVE THIS DISPUTE ONCE AND FOR ALL WITHOUT FURTHER INVOLVING THIS HONORABLE COURT'S TIME AND PATIENCE. IF SO, THEN HE APOLOGIZES TO THE COURT AND BEGS ITS FORGIVENESS.

HE FURTHER REQUESTS THAT, FOR THE SAKE OF JUSTICE AND FAIRNESS, THIS COURT: 1.) OVERRULE THE MAGISTRATE'S RECOMMENDATION OF "DISMISSAL" AND ALLOW THIS CASE TO PROCEED TO (AT LEAST) ORAL ARGUMENTS IN ORDER TO RECTIFY ANY CONFUSION AS TO THE PERTINENT FACTS AND 2.) TO REEXAMINE THE APPLICATION FOR TRO IN LIGHT OF THE DENIAL OF (AT LEAST) THE LEGAL BOOKS AND LITERATURE DUE TO ITS "LIFE THREATENING" NATURE.

FOR THAT REASON ALONE, THIS CASE SHOULD DEFINATELY NOT BE CLASSIFIED AS "FRIVOLOUS". ALTHOUGH PLAINTIFF HAS AN EXCELLENT ATTORNEY FOR THE NEW SENTENCING PHASE, HE HAS MORE TIME AND INCLINATION TO ASSIST IN HIS OWN BEHALF!

8.--- FINALLY, UNDER THE "REASONABLENESS STANDARD" SET FORTH IN TURNER V. SAFELY DEFENDANTS' "POLICY" WHICH STATES A TOTAL BAN OF ALL READING MATERIAL (WITH THE SOLE EXCEPTION OF THE "HOLY BIBLE") FAILS UNDER ALL FOUR CRITERIA WHICH BEGS FOR THE "IN CAMERA REVIEW" BY THE COURT EVENTUALLY AS "EXCESSIVE" AS WELL AS "CRUEL AND UNUSUAL" AND IN DIRECT VIOLATION OF THE RIGHTS OF PRISONERS' FIRST AND FOURTEEN AMENDMENTS AND SHOULD BE GIVEN THE OPPORTUNITY OF BEING FOUND WANTING AND OVERTURNED!

SINCE DEFENDANTS WOULD STILL BE ABLE TO "SEARCH" FOR ANY

"CONTRABAND" OR LEGITIMATE "THREAT TO SECURITY" THEY WOULD RETAIN TOTAL CONTROL OF WHAT ENTERS THE FACILITY BUT WOULD NO LONGER BE ABLE TO DENY EVERYTHING FOR THE MERE CONTENTION THAT "THAT'S THE WAY IT IS!".

AT WORST, WITH NEW KNOWLEDGE OF LEGAL/ILLEGAL, THE PRISONERS AT LPDC MIGHT FILE MORE COMPLAINTS OVER TREATMENT BUT, AT BEST, GIVING THEM THE OPPORTUNITY TO READ AND/OR STUDY WOULD SURE CUT DOWN ON THE NUMBER OF FIGHTS AND UNREST DUE TO INACTIVITY AT THIS FACILITY!!

---

THIS DONE, SAID AND FILED ON THIS 17th DAY OF MARCH, 2010.

*George Brooks Jr. (112526)*
PRO SE PLAINTIFF

I, GEORGE BROOKS JR. (112526), PRO SE PLAINTIFF IN THE INSTANT CASE NOW BEFORE THE COURT, DO HEREBY SWEAR, AFFIRM AND AVOW THAT THE FOREGOING STATEMENTS ARE TRUE, CORRECT AND FACTUAL TO THE BEST OF MY KNOWLEDGE, ABILITY AND RECOLLECTION.

*George Brooks Jr.*

GEORGE BROOKS JR.
P.O. BOX 1008
LIVINGSTON, LA 70754

BATON ROUGE
LA 708 2 T
18 MAR 2010 PM

SCREENED
OK
U.S. MARSHAL

UNCENSORED
MAR 18 2010
INMATE MAIL

CLERK OF COURT
U.S. DISTRICT COURT
MIDDLE DIST. OF LA
777 FLORIDA ST., SUITE ___
BATON ROUGE, LA 70801-1712

7080 1417 ___

LEGAL MAIL
PRIVILEGED