UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


GEORGE BROOKS, JR. (DOC # 112526)

VERSUS                                              CIVIL ACTION

JIM BROWN, ET AL                                    NUMBER 09-1015-JJB-DLD

ORDER

Before the court is the plaintiff's Motion to Clarify and/or Expand the Record. Record document number 19.

Plaintiff sought to clarify and expand the record. However, on March 18, 2010, judgment was entered dismissing the plaintiff's complaint.[1]

Accordingly, the plaintiff's motion is denied.

Signed in Baton Rouge, Louisiana, on March 22, 2010.

　　　　　　　　　　　　　　　　**MAGISTRATE JUDGE DOCIA L. DALBY**

---

[1] Record document number 18.